UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 26 2021 PK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1903 CAR WASH COMPANY LLC
AND DANIEL D. DYER
    Plaintiff

v.

GARY WRIGHT AND DEAN TOMICH
    Defendant

Case No. 18 C-5115

## APPLICATION FOR WRIT OF GARNISHMENT

The Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Northern District of Illinois for issuance of a Writ of Garnishment to satisfy a judgment against the Defendant (judgment debtor). In support of this application, the following is provided:

1. Judgment debtor's name:     Dean Tomich

   Social Security Number
   (restrict to last 4 digits)

   Last known address:     6460 Double Eagle Dr., Unit 409
   Woodridge, IL 60517

   Nature of Debt:     Judgment entered in 18 C-5115

   Amount of Debt:     $1,157,166.44

   Costs Added (specify):

   Interest:

   As of:     March 10, 2021

2. The garnishee is believed to have possession of property (See Exhibit 1 attached) in which the Defendant has a substantial non-exempt interest, which may include, but are not limited to the following:

3. Name and address of the garnishee:

   Chase Bank
   5813 N. Milwaukee Ave.
   Chicago, IL 60646


Dated this  15  day of  MAY  , 2021.


James W. Schultz
Attorney for Plaintiff

*/s/ James W. Schultz*
Signature

6311 N. Le Mai Ave.
Chicago, IL 60646
773-680-7426

2

**EXHIBIT 1**
**TO THE APPLICATION FOR**
**WRIT OF GARNISHMENT**

A. Savings Accounts

B. Checking Accounts

C. Certificate of Deposits

D. Money Market Accounts

E. Safe Deposit Accounts

F. Individual Retirement Accounts

G. Savings Bonds

H. Negotiable Instruments of any kind

I. Stocks and/or Bonds

J. Any and all property held by Garnishee on behalf of or for the benefit of Judgment Debtor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

1903 CAR WASH COMPANY LLC
AND DANIEL D. DYER
    Plaintiff                        Case No. 18 C-5115

v.

GARY WRIGHT AND DEAN TOMICH
    Defendant

## WRIT OF GARNISHMENT

A Writ of Garnishment to satisfy a judgment against the Defendant (judgment debtor).

In support of this application, the following is provided:

1. Judgment debtor's name:     Dean Tomich

    Social Security Number
    (restrict to last 4 digits)     _____

    Last known address:     6460 Double Eagle Dr., #409, Woodridge, IL 60517

    Nature of Debt:     Judgment entered in 18 C-5115

    Amount of Debt:     $1,157,166.44

    Costs Added (specify):     _____

    Interest:     _____

    As of:     March 10, 2021

2. The garnishee is believed to have possession of property (See Exhibit 1 attached) in which the Defendant has a substantial non-exempt interest, which may include, but are not limited to the following:

3. Name and address of the garnishee:

   Chase Bank
   5813 N. Milwaukee Ave.
   Chicago, IL 60606

Dated this 15th day of _____May_____, 2021.


James W. Schultz
Attorney for Plaintiff

_____
Signature

6311 N. Le Mai Ave.
Chicago, IL 60646
773-680-7426

ENTERED:


_____
JUDGE

2

**EXHIBIT 1**
**TO THE**
**WRIT OF GARNISHMENT**

A. Savings Accounts

B. Checking Accounts

C. Certificate of Deposits

D. Money Market Accounts

E. Safe Deposit Accounts

F. Individual Retirement Accounts

G. Savings Bonds

H. Negotiable Instruments of any kind

I. Stocks and/or Bonds

J. Any and all property held by Garnishee on behalf of or for the benefit of Judgment Debtor

## INTERROGATORIES TO GARNISHEE/RESPONDENT

Case No. _____

Interrogatory - At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor?  ⚪ yes  ⚪ no

### ANSWER

I, _____, certify under penalty of perjury that with regard to the
                      Agent of Garnishee

property of the judgment debtor, the Garnishee/Respondent files the following answer to this Garnishment and on day of service of Garnishment Summons had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____

B) Checking and / or Now Account (Amount withheld) $ _____

C) Certificate of Deposit (Amount held) $ _____

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) Adverse Claimant: Name _____ Address _____

H) Other Personal Property (Describe) _____

                                                    Sub Total _____

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1 (g)  _____  Total _____

According to the business records kept by the Garnishee/ Respondent, we show the above accounts to be held in the name(s) of others in addition to the defendant. Their name(s) and address(es) are as follows:

|  | Garnishee/Agent |
|---|---|
| Name (s) _____ | Name _____ |
| _____ | Address _____ |
| Address _____ | City/State/Zip _____ |
| City/State/Zip _____ | Telephone/Fax _____ |

and we show all funds held as of _____.
                              (as of date of service of Garn. Summons)

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the Circuit Court, Room _____

located at _____.
              (Street)                                 (City)                         (Zip)

(In addition, a copy must be sent to the Judgment creditor's representative, whose name appears on the reverse side.)

                                                                             _____
                                                                             Agent for Garnishee/Respondent

**UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| 1903 Car Wash Company LLC , <br>       Plaintiff, | No. 18 C-5115 |
| Gary Wright and Dean Tomich, <br>       Defendants, <br>       Garnishee. | Writ of Garnishment for Bank Account <br> Chase Bank <br> 5813 N. Milwaukee Ave. <br> Chicago, IL 60646 |

The Plaintiff in this action has applied for a Writ of Garnishment against you, claiming that the above-named Defendant is indebted to Plaintiff and that the amount to be held to satisfy the indebtedness is $1,157,166.44 consisting of:

| | |
|---|---|
| Balance of Judgment: | $1,157,166.44 |
| Interest under Judgment from_____ to _____ | $_____ |
| Taxable Costs and Attorney Fees | $_____ |
| | |
| Estimated Garnishment Costs: | |
|     Filing and Ex Parte Fees | $_____ |
|     Service and Affidavit Fees | $_____ |
|     Postage and Costs of <br>      Certified Mail | $_____ |
|     Answer Fee or Fees | $_____ |
|     Garnishment Attorney Fees | $_____ |
|     Other: | $_____ |
|     Total estimated garnishment Costs | $_____ |
| | |
| TOTAL: | $1,157,166.44 |
| Plus Per Day Rate of Estimated Interest | $_____ |

NON-EXEMPT DEBT OR THE VALUE OF ANY NON-EXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL (SEE LIST ATTAHCED).

JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

IN WITNESS, THE HONORABLE _____, JUDGE OF THE ABOE ENTITLED COURT AND THE SEAL THEREOF ON _____, 2021.

James Schultz

*/s/ James W. Schultz*
_____  _____
Attorney for Plaintiff                                   Clerk of Court
6311 N. Le Mai Ave.
Chicago, IL 60646


Gary Wright
Name of Defendant
4N426 Knollcreek Dr.
St. Charles, IL 60175

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

1903 CAR WASH COMPANY LLC
AND DANIEL D. DYER
    Plaintiff                                Case No. 18 C-5115
v.
GARY WRIGHT AND DEAN TOMICH
    Defendant

<u>NOTICE TO GARNISHEE AND JUDGMENT DEBTOR</u>

To:    Dean Tomich
        6460 Double Eagle Dr., Unit 409
        Woodridge, IL 60517

        Chase Bank
        5813 N. Milwaukee Ave.
        Chicago, IL 60646

Please find attached the Application for Writ of Garnishment and Proposed Writ of Garnishment.

Date: 05-15-2021

                                                      James W. Schultz
                                                      Attorney for Plaintiff
                                                      6311 N. Le Mai Ave.
                                                      Chicago, IL 60646
                                                      773-680-7426