Case: 1:18-cv-05115 Document #: 20-1 Filed: 05/26/21 Page 1 of 1 PageID #:69

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

**MAY 26 2021**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1903 Car Wash Company LLC )
Plaintiff )
)
) Case Number: 18 C 5115
v. )
Gary Wright & Dean Tomich ) Judge: Virginia Kendall
)
)
Defendant )

## NOTICE OF MOTION

**TO:** Dean Tomich

6460 Double Eagle Dr., Unit 409

Woodridge, IL 60517

**PLEASE TAKE NOTICE** that on_____at_____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Virginia Kendall or any judge sitting in his or her stead in **Courtroom**_____of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on_____, I provided service to the person or persons listed above by the following means: _____

Signature:_____    Date: _____

Name (Print):_____

Address:_____    Phone: _____

_____

_____

Rev. 06/29/2016